IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:21-CR-103-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RADARIUS SHILEK MOODY | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter comes before the Court on the Oral Motion to Withdraw as Attorney filed by the Defendant's counsel of record, Deirdre Murray.

For good cause shown, the motion is hereby GRANTED, and Deirdre Murray is granted leave to withdraw as counsel for Defendant Radarius Shilek Moody.

IT IS FURTHER ordered that the Office of the Federal Public Defender is directed to appoint new counsel for the Defendant. Hearing on government's amended motion for revocation of supervised release reset for May 26, 2026 at 1:30 p.m.

SO ORDERED, this the 7th day of April, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge